1  Michele R. Stafford, Esq. (SBN 172509)
   Erica J. Russell, Esq. (SBN 274494)

2  SALTZMAN & JOHNSON LAW CORPORATION
   44 Montgomery Street, Suite 2110

3  San Francisco, California  94104
   Telephone: (415) 882-7900

4  Facsimile: (415) 882-9287
   Email: mstafford@sjlawcorp.com

5  Email: erussell@sjlawcorp.com

6  Attorneys for Plaintiffs, Operating Engineers'
   Health And Welfare Trust Fund, et al.

7

8                        UNITED STATES DISTRICT COURT

9                      NORTHERN DISTRICT OF CALIFORNIA

10

11 | OPERATING ENGINEERS' HEALTH AND          | Case No. C15-3557 HSG
   | WELFARE TRUST FUND FOR NORTHERN
12 | CALIFORNIA, et al.,                       | **PLAINTIFFS' REQUEST TO CONTINUE**
                                               | **CASE MANAGEMENT CONFERENCE;**
13 |              Plaintiffs,                   | **ORDER THEREON**

14 |       v.                                   | Date:       November 3, 2015
                                               | Time:       2:00 p.m.
15 | ANNA JONES BELTING, LLC, a California      | Location:   450 Golden Gate Avenue,
   | limited liability company, *aka* A & J BELTING, |         San Francisco, CA
16 |                                            | Courtroom:  15, 18th Floor
   |              Defendant.                    | Judge:      Haywood S. Gilliam
17

18        Plaintiffs herein respectfully request that the Case Management Conference, currently on

19 calendar for November 3, 2015, be continued for approximately 60 – 90 days. Good cause exists for the

20 granting of the continuance, as follows:

21        1.       As the Court's records will reflect, this action was filed on August 3, 2015.

22        2.       On or about August 5, 2015, Plaintiffs provided a process server with the Summons,

23 Complaint and related documents with instructions to serve the documents upon Defendant. As of

24 today's date, the process server has made nine (9) attempts to serve Defendant with the above referenced

25 documents, without success.

26        3.       Plaintiffs were recently contacted by an attorney advising that he represents Defendant.

27 After several messages to one another, Plaintiffs' counsel and Defendant's counsel discussed this matter

28 today, including Plaintiffs' unsuccessful attempts to serve Defendant with the Summons, Complaint and

                                              1

**PLAINTIFFS' REQUEST TO CONTINUE CASE MANAGEMENT CONFERENCE; [~~PROPOSED~~] ORDER**
**Case No. C15-3557 HSG**

1   related documents.  As Plaintiffs have been unable to serve Defendant's agent for service of process,

2   Plaintiffs inquired as to whether Defendant's counsel would accept service of the Summons, Complaint,

3   and related documents.  Defendant's counsel advised that, upon approval from Defendant, he would

4   accept service.  Upon receipt of the Complaint and related documents, the parties agreed to discuss this

5   matter further in an effort to reach an informal resolution. If Defendant's counsel is unable to accept

6   service of the Summons, Complaint, and related documents, Plaintiffs will resume attempts to

7   personally serve Defendant and continue efforts to resolve this matter informally.

8           4.      Accordingly, Plaintiffs respectfully request that the Case Management Conference,

9   currently scheduled for November 3, 2015, be continued for approximately 60 - 90 days to allow

10  sufficient time for completion of service of process on Defendant and for the parties to attempt to reach

11  an informal resolution of this matter.

12          5.      There are no issues that need to be addressed by the parties at the currently scheduled

13  Case Management Conference.  In the interest of conserving costs as well as the Court's time and

14  resources, Plaintiffs respectfully request that the Court continue the currently scheduled Case

15  Management Conference.

16          I declare under penalty of perjury that I am the attorney for the Plaintiffs in the above entitled

17  action, and that the foregoing is true of my own knowledge.

18          Executed this 27th day of October 2015, at San Francisco, California.

19                                              SALTZMAN & JOHNSON LAW CORPORATION

20

21                              By:  _____/S/_____
                                     Erica J. Russell
22                                   Attorneys for Plaintiffs, Operating Engineers'
                                     Health And Welfare Trust Fund, et al.

23  IT IS SO ORDERED.

24          The currently set Case Management Conference is hereby continued to January 5, 2016 at 2:00

25  p.m., and all previously set deadlines and dates related to this case are continued accordingly.

26  DATED: October 29, 2015

27                                              UNITED STATES DISTRICT COURT JUDGE

28

2

**PLAINTIFFS' REQUEST TO CONTINUE CASE MANAGEMENT CONFERENCE; [PROPOSED] ORDER**
**Case No. C15-3557 HSG**

C:\Users\RILEYN~1.CAN\AppData\Local\Temp\notes1A03DD\C15-3557 HSG Request to Continue CMC 102715.docx