Alden J. Parker, State Bar No. 196808
Katherine P. Sandberg, State Bar No. 301117
**weintraub tobin** chediak coleman grodin
LAW CORPORATION
400 Capitol Mall, 11th Floor
Sacramento, CA 95814
Telephone: (916) 558-6000
Facsimile: (916) 446-1611

Attorneys for Defendant
Anna Jones Belting, LLC

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| OPERATING ENGINEERS' HEALTH AND WELFARE TRUST FUND FOR NORTHERN CALIFORNIA; PENSION TRUST FUND FOR OPERATING ENGINEERS; PENSIONED OPERATING ENGINEERS' HEALTH AND WELFARE TRUST FUND; RUSSELL E. BURNS and RICHARD PIOMBO Trustees; and OPERATING ENGINEERS LOCAL 3 OF THE INTERNATIONAL UNION OF OPERATING ENGINEERS, AFL-CIO, | Case No. 3:15-cv-03557-HSG  **ORDER RE: DEFENDANT ANNA JONES BELTING, LLC'S REQUEST TO APPEAR TELEPHONICALLY AT CASE MANAGEMENT CONFERENCE** |
| Plaintiffs, | Date: April 5, 2016 Time: 2:00 p.m. Courtroom: 15 Judge: Honorable Haywood S. Gilliam |
| v. | |
| ANNA JONES BELTING, LLC a California limited liability company, *aka* A & J BELTING, | Complaint Filed: August 3, 2015 |
| Defendant. | |

**IT IS HEREBY ORDERED** that Defendant Anna Jones Belting, LLC may appear telephonically at the Case Management Conference scheduled for April 5, 2016 at 2:00 p.m. before the Honorable Haywood S. Gilliam, Jr.  Counsel shall contact CourtCall at (866) 582-6878 to make arrangements for the telephonic appearance.

Dated:  March 29, 2016

*Haywood S. Gill. J.*

UNITED STATES DISTRICT COURT

{2037712.DOC;}     1     [Proposed] Order re: Defendant's Request to Appear Telephonically  at Case Management Conference