Michele R. Stafford, Esq. (SBN 172509)
Anne M. Bevington, Esq. (SBN 111320)
Erica J. Russell, Esq. (SBN 274494)
SALTZMAN & JOHNSON LAW CORPORATION
44 Montgomery Street, Suite 2110
San Francisco, CA 94104
(415) 882-7900
(415) 882-9287 – Facsimile
mstafford@sjlawcorp.com
abevington@sjlawcorp.com
erussell@sjlawcorp.com

Attorneys for Plaintiffs Operating Engineers Health
And Welfare Trust Fund for Northern California, et al.

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| OPERATING ENGINEERS' HEALTH AND WELFARE TRUST FUND FOR NORTHERN CALIFORNIA, et al.,<br><br>Plaintiffs,<br><br>v.<br><br>ANNA JONES BELTING, LLC, a California limited liability company, *aka* A & J BELTING,<br><br>Defendant. | Case No. CV 15-3557 HSG<br><br>**STIPULATION FOR VOLUNTARY DISMISSAL AS TO DEFENDANT ANNA JONES BELTING, LLC aka A & J BELTING; ORDER THEREON** |

PLEASE TAKE NOTICE that pursuant to F.R.C.P., Rule 41(a)(1)(ii), Plaintiffs Operating Engineers' Health and Welfare Trust Fund for Northern California, et al. and named Defendant Anna Jones Belting, LLC aka A & J Belting, through its attorneys, reached a settlement and stipulate to the voluntary dismissal of this action, in its entirety, with prejudice, the stipulating parties to bear their own attorneys' fees and costs.

Plaintiffs have not previously filed or dismissed any similar action against Defendant.

**ATTESTATION REGARDING SIGNATURES**

I, Anne M. Bevington, declare under penalty of perjury that I have obtained concurrence in the filing of this document from Brendan J. Begley, attorney of record for defendant A & J Belting, who agreed that the document may be filed with his electronic signature.

1    IT IS SO STIPULATED.

2    DATED: February 2, 2017                    SALTZMAN & JOHNSON LAW CORPORATION

3

4                                      By:    _____/S/_____

5                                             Anne M. Bevington
                                              Attorneys for Plaintiffs,
6                                             Operating Engineers' Health and Welfare Trust Fund
                                              for Northern California, et al.

7                                             WINTRAUB TOBIN CHEDIAK COLEMAN
                                              GRODIN LAW CORPORATION
8    DATED: February 2, 2017

9                                      By:
                                              _____/S/_____
10                                            Brendan J. Begley
                                              Attorneys for Defendants,
11                                            Anna Jones Belting, LLC

12

13

14   IT IS SO ORDERED.

15       This case is hereby dismissed with prejudice, and the calendar herein is vacated.

16
     DATED:  February 3, 2017
17

18                                            _____

19                                            UNITED STATES DISTRICT COURT JUDGE

20

21

22

23

24

25

26

27

28

                               -2-              NOTICE OF VOLUNTARY DISMISSAL
                                                CASE NO. CV 15-3557 HSG